1
2          FILED
           CLERK, U.S. DISTRICT COURT
3
           MAY 18 2018
4
5          CENTRAL DISTRICT OF CALIFORNIA
           EASTERN DIVISION    BY DEPUTY
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,      )   Case No.: S. 99cr 24-RT(vap)
11                                  )
                Plaintiff,           )   ORDER OF DETENTION PENDING
12                                  )   FURTHER REVOCATION
           v.                        )   PROCEEDINGS
13                                  )   (FED. R. CRIM. P. 32.1(a)(6); 18
                                     )   U.S.C. § 3143(a)(1))
14   Smith Earnee Windell            )
                Defendant.           )
15                                  )

16       The defendant having been arrested in this District pursuant to a warrant
17   issued by the United States District Court for the ___Central___ District of
18   ___California___ for alleged violation(s) of the terms and conditions of probation
19   or supervised release; and
20       Having conducted a detention hearing pursuant to Federal Rule of Criminal
21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22   A.  (X)  The defendant has not met his/her burden of establishing by clear and
23            convincing evidence that he/she is not likely to flee if released under 18
24            U.S.C. § 3142(b) or (c). This finding is based on the following:
25            (X)  information in the Pretrial Services Report and Recommendation
26            (X)  information in the violation petition and report(s)
27            ( )  the defendant's nonobjection to detention at this time
28            (X)  other: ___Styles's statements___

                                         1

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation
(X) information in the violation petition and report(s)
( ) the defendant's nonobjection to detention at this time
(X) other: Styles statements

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 18, 2018

SHERI PYM
United States Magistrate Judge

2